# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE READER | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-37 |
| | § | (Judge Mazzant/Judge Nowak) |
| USA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 17, 2017, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Petitioner Johnny Lee Reader's ("Petitioner") *pro se* Application to Proceed Without Prepayment of Fees and Affidavit [on Appeal] (Dkt. #25) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Petitioner Johnny Lee Reader's *pro se* Application to Proceed Without Prepayment of Fees and Affidavit [on Appeal] (Dkt. #25) is **DENIED.**

**IT IS SO ORDERED**.
SIGNED this 22nd day of March, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE